**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 916 MAL 2014
                                :
                    Respondent  :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
              v.                :
                                :
                                :
                                :
SCOTT KERNS,                    :
                                :
                    Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.